RECEIVED
FILED

JUL 24   2 54 PM '13

U.S. BANKRUPTCY COURT
MARY A SCHOTT CLERK

1  Name of Attorney _____
   Bar # _____
2  Address _____
            _____
3  Phone # _____
   e-mail address _____

4

5                UNITED STATES BANKRUPTCY COURT

6                      DISTRICT OF NEVADA

7                         * * * * * *

8  In re:                              )  Bankruptcy No.: BK-S-08-10631
                                       )  Chapter 7
9  WANDA STRONG,                       )
                                       )  MOTION TO WITHDRAW MONEY
10                                     )  UNDER 28 U.S.C. SECTION 2042
                                       )
11                                     )  Hearing Date: N/A
                     Debtor(s).        )  Hearing Time: N/A
12                                     )

13  There was a dividend check in the amount $ 539.39 _____ in the above- named case issued to

14  US BANK CORP _____. Said check having not been cashed by said payee, the Trustee, pursuant to 11 U.S.C.

15  Section 347(a), delivered the unclaimed money to the Clerk, US Bankruptcy Court.

16

17  **PLEASE CHECK THE PARAGRAPH THAT APPLIES:**

18  ☐  Claimant is the creditor or debtor in whose behalf these moneys were deposited and is entitled to the

19  moneys deposited.

20  ☑  Claimant is not the creditor but is entitled to payment of these moneys because (**Please state the basis**

21  **for your claim to the moneys)**

22  Claimant Catherine Thomas Fox is employed by Creditor, U.S. Bank (aka U.S. Bancorp, US Bank
    Corp/Retail Payment Solutions). Claimant is an Assistant Vice President and Corporate Officer and
23  entitled to recover unclaimed funds on behalf of U.S. Bank and its subsidiaries and acquisitions. The
    original payment was mailed to an old post office box address and is no longer valid. The payment
24  should be mailed to claimant's attention at 800 Nicollet Mall, BCMNH21N, Minneapolis, MN 55402.

25

26

1    Please attach copies of any supporting documentation.[1]

2

3    Date:  July 23, 2013

4

5

6                                            _Signature_____

     Signature of Claimant or Attorney

7
                                            Catherine Thomas Fox
8                                            Printed Name
                                            800 Nicollet Mall, BCMNH21N
9
                                            Minneapolis, MN 55402
10                                           Mailing Address

11

12

13

14

15

16

17

18

19

20

21

22   ─────────────────────

23   [1] (i)If claimant is heir of deceased creditor, attach copies of death certificate and heirship order of court.
     (ii)If claimant is assignee of creditor, attach copy of assignment.
24   (iii)If claimant is corporate successor of creditor, attach copies of all documents demonstrating such status.
     (iv)If claimant is agent of creditor for purposes of filing this application, attach a copy of the agency
25   agreement.
     (v)Attach other documents showing entitlement should none of the foregoing apply.
26

                                            2